■ ALEXANDER STRULL ADVERTISING, INC., Respondent, v. ACROLITE PRODUCTS, INC., Appellant.— Motion by respondent for reargument granted and, upon reargument, the decision and order of this court, both dated December 27, 1966 [27 A. D 2d 574], are amended by providing that costs and disbursements shall abide the event, instead of awarding $10 costs and disbursements to appellant; determination in said decision and order otherwise adhered to. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.